**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | Docket No: | 1:25-CR-257-04 |
| vs. | § | Pending in: | Southern District of Texas |
| | § | | Brownsville Division |
| ZACHARY GOLDEN JENSEN | § | Bond set: | $ 100,000.00 |
| Defendant. | § | Deposit: | $ 10,000.00 |

AFFIDAVIT OF OWNERSHIP OF
SECURITY FOR APPEARANCE BOND

I, Gordon Davies Walker, on oath hereby declare that I am the (owner/~~agent for the owner~~) of the $ 10,000.00 deposited as security on the appearance bond for the above-named defendant with the following:

☐ Cash

☑ Cashier's Check/Money Order (#9806729170, Bank: Chase)

Said deposit is to be returned to the owner at the address listed below upon exoneration of this bond:

Name: Gordon Davies Walker
Address: [redacted]
Salt Lake City, Utah 84121
Telephone: 801[redacted]

*Any change in address must be made in writing, sworn to before a notary and submitted to the District Clerk's office.*

I, as owner/agent for the owner, subject said funds to the provisions of Criminal Local Rule 46.2 and consent and agree that should the defendant fail to abide by the conditions of release imposed by the Court, the Court may, upon notice to me of not less than 10 days, proceed to have said funds forfeited.

Signature Defendant (ZACHARY GOLDEN JENSEN)

Signature Owner/~~Agent for Owner~~ (Gordon Davies Walker)

SWORN TO AND SUBSCRIBED BEFORE ME on 4/29/2025 at Brownsville, Texas.

NATHAN OCHSNER, CLERK OF COURT

By: ____________________
Maricela Perez, Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 29 2025

Nathan Ochsner
Clerk of Court

UNITED STATES OF AMERICA §

v. § Case No. 1:25-CR-257 -04

Zachary Golden Jensen §

## APPEARANCE BOND

### Defendant's Agreement

I, Zachary Golden Jensen, (*defendant*), agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

- (X) to appear for court proceedings;
- (X) to comply with all conditions set forth in the Order Setting Conditions of Release.
- (X) to surrender to serve a sentence that the court may impose; and

### Type of Bond

This is a secured bond of $ 100,000.00, secured by: $10,000.00, in cash deposited with the court.

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does no comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant for the entire amounts of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declaration

*Acceptance.* I, the defendant have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.
I, the defendant declare under penalty of perjury that his information is true. (See 28 U.S.C. § 1746.)

Defendant's signature — Date: April 29, 2025

CLERK OF COURT

Signature of Deputy Clerk — Date: April 29, 2025

APPROVED:

Ignacio Torteya, III
United States Magistrate Judge
Date: April 29, 2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 25-CR-257-04 |
| | § | |
| ZACHARY GOLDEN JENSEN | § | |

**GOVERNMENT'S UNOPPOSED MOTION TO DISMISS INDICTMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, hereinafter referred to as "the Government," by and through its Attorney and Assistant United States Attorney assigned to this matter and would respectfully show the Court the following:

I.

The Government respectfully requests that in the interest of justice the Indictment in the above-numbered cause be dismissed without prejudice as to Zachary Golden Jensen.

WHEREFORE, premises considered, the Government prays that this Motion to Dismiss the Indictment in all things be Granted.

Respectfully submitted,

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

/s/ James Sturgis
James Sturgis
Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

On May 22, 2025, I spoke with Benigno Trey Martinez, III, attorneys for the respective defendants, and they stated that they have no opposition to the Government's motion to dismiss.

/s/ James Sturgis
James Sturgis
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was mailed, hand delivered, or e-mailed to the attorney of record, on this the 27th day of May, 2025.

/s/ James Sturgis
James Sturgis
Assistant United States Attorney

United States District Court
Southern District of Texas
**ENTERED**
May 27, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 25-CR-257-04 |
| | § | |
| ZACHARY GOLDEN JENSEN | § | |

**ORDER**

Came on to be considered Government's Unopposed Motion to Dismiss the Indictment. It is the opinion of this Court that said motion should be GRANTED.

It is ORDERED that the Indictment, is hereby dismissed without prejudice.

SIGNED on this the 27th day of May, 2025 at Brownsville, Texas.

ROLANDO OLVERA
UNITED STATES DISTRICT JUDGE

GORDON D. WALKER
4085 PROSPECTOR DRIVE
SALT LAKE CITY, UT 84121
~~(801) 942-4085~~ 801-949-1188

Case No: 1:25 CR 257-04

Dear Sir;

The attached is the proposed paperwork for the release of Appearance Bond.

If it is not correct, please let me knows.

Thank you for your consideration.

Best,

Gordon D Walker